**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRANDON PETER REDHEAD,<br><br>Defendant. | CR 14-64-GF-BMM<br><br>**ORDER** |

Upon consideration of the government's Petition to Revoke Supervised Release:

IT IS HEREBY ORDERED that the Defendant, Brandon Peter Redhead, shall be released from custody today, May 9, 2017;

IT IS FURTHER HEREBY ORDERED that the Defendant, Brandon Peter Redhead, shall immediately report to Crystal Creek Treatment Center in Browning,

Montana upon notification that a bed is open for him. He will undergo inpatient chemical dependency treatment there.

IT IS ALSO HEREBY ORDERED that Defendant, Brandon Peter Redhead, is sentenced to time served. His discharge date from Supervised Release will remain unchanged.

DATED this 9th day of May, 2017.

Brian Morris
United States District Court Judge